

**From:** "Piniella, Jolie" <Jolie.Piniella@nyumc.org>
**Subject: Invoice-NYU/Galderma-NYU30864**
**Date:** February 6, 2015 12:47:23 PM EST
**To:** BISOTTI Celine <celine.bisotti@galderma.com>
**Cc:** "Goldfinger, Abram" <Abram.Goldfinger@nyumc.org>, ZHAO Runzhi
<Runzhi.ZHAO@Galderma.com>, DIEBOLT Pierre <Pierre.DIEBOLT@galderma.com>

Dear Celine,

Attached please find the above-mentioned invoice for payment due  under Section 12.b of the December 1, 1998 Research, License and Option Agreement. Feel free to contact me if any additional information is needed to process this invoice.

Regards,

Jolie A. Piniella, MS
Office of Industrial Liaison
New York University
One Park Ave 6th FL
New York, NY 10016
PH:(212)263-8178
FAX: (212) 263-8189
Jolie.Piniella@nyumc.org

**NYU School of Medicine**
Office of Industrial Liaison/Technology Transfer
One Park Avenue 6th Floor
New York, NY 10016
Phone 212-263-8178
Fax 212-263-8189

**February 5, 2015**
NYU Invoice Number
NYU30864

**TO:** Galderma SA
Zugerstrasse 8 CHAM
SWITERLAND 6330

# INVOICE

| Item | P.I. /NYU ID | Invention | Atty Inv Date. | Atty Inv. # | Original InvAmnt | Reimb Amount |
|---|---|---|---|---|---|---|
| 1 | AMIN<br>AMI01-02EPO | Method Of Using Tetracycline Compounds For Inhibition Of Nitric Oxide Production | 2/8/2013 | 224400 | $380.00 | $380.00 |
| 2 | AMIN<br>AMI01-02JP | Method Of Using Tetracycline Compunds For Inhibition Of Nitric Oxide Production | 3/11/2013 | 227168 | $1,528.15 | $1,528.15 |
| 3 | Amin<br>AMI01-03US | Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor Alpha | 4/3/2013 | R450914 | $2,405.00 | $2,405.00 |
| 4 | Amin<br>AMI01-03AT | Factor Alpha Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor | 8/28/2013 | R487094N | $2,480.92 | $2,480.92 |
| 5 | Amin<br>AMI01-03BE | Factor Alpha Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor | 8/28/2013 | R487094O | $973.77 | $973.77 |
| 6 | Amin<br>AMI01-03CH | Factor Alpha Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor | 8/28/2013 | R487094P | $824.70 | $824.70 |
| 7 | Amin<br>AMI01-03CY | Factor Alpha Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor | 8/28/2013 | R487094Q | $1,464.65 | $1,464.65 |
| 8 | Amin<br>AMI01-03DE | Factor Alpha Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor | 8/28/2013 | R487094R | $2,816.23 | $2,816.23 |
| 9 | Amin<br>AMI01-03DK | Factor Alpha Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor | 8/28/2013 | R487094S | $1,283.39 | $1,283.39 |
| 10 | Amin<br>AMI01-03FI | Factor Alpha Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor | 8/28/2013 | R487094T | $1,513.26 | $1,513.26 |
| 11 | Amin<br>AMI01-03FR | Factor Alpha Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor | 8/28/2013 | R487094U | $1,327.26 | $1,327.26 |
| 12 | Amin<br>AMI01-03GB | Factor Alpha Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor | 8/28/2013 | R487094V | $954.37 | $954.37 |
| 13 | Amin<br>AMI01-03IE | Factor Alpha Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor | 8/28/2013 | R487094W | $1,019.97 | $1,019.97 |
| 14 | Amin<br>AMI01-03IT | Factor Alpha Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor | 8/28/2013 | R487094X | $1,890.62 | $1,890.62 |
| 15 | AMIN<br>AMI01-03LU | Factor Alpha Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor | 8/28/2013 | R487094Y | $620.98 | $620.98 |

Payment is due within 15 days     **Invoice Total**     **$38,176.61**

**NYU School of Medicine**
**Office of Industrial Liaison/Technology Transfer**
**One Park Avenue 6th Floor**
**New York, NY 10016**
**Phone 212-263-8178**
**Fax   212-263-8189**

New York University

**Address Info**
Galderma SA
Zugerstrasse 8
SWITERLAND

| # | | Description | | Date | | Amount | |
|---|---|---|---|---|---|---|---|
| 16 | Amin | Factor Alpha Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor | | 8/28/2013 | R487094Z | $939.40 | $939.40 |
| | AMI01-03MC | | | | | | |
| 17 | AMIN | Factor Alpha Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor | | 8/28/2013 | R487094AA | $2,042.10 | $2,042.10 |
| | AMI01-03NL | | | | | | |
| 18 | Amin | Factor Alpha Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor | | 8/28/2013 | R487094BB | $1,579.23 | $1,579.23 |
| | AMI01-03PT | | | | | | |
| 19 | Amin | Factor Alpha Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor | | 8/28/2013 | R487094CC | $1,096.65 | $1,096.65 |
| | AMI01-03CA | | | | | | |
| 20 | Amin | Factor Alpha Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor | | 8/28/2013 | R487094DD | $1,674.39 | $1,674.39 |
| | AMI01-03GR | | | | | | |
| 21 | Amin | Factor Alpha Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor | | 8/28/2013 | R487094EE | $1,451.97 | $1,451.97 |
| | AMI01-03ES | | | | | | |
| 22 | Amin | Factor Alpha Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor | | 8/28/2013 | R487094FF | $1,274.08 | $1,274.08 |
| | AMI01-03SE | | | | | | |
| 23 | Amin | Factor Alpha Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor | | 12/19/2013 | R515919 | $63.42 | $63.42 |
| | AMI01-03CA | | | | | | |
| 24 | AMIN | Method Of Using Tetracycline Compunds For Inhibition Of Nitric Oxide Production | | 12/5/2013 | R512896 | $2,818.50 | $2,818.50 |
| | AMI01-02AU | | | | | | |
| 25 | AMIN | Factor Alpha Method For Inhibiting Cyclooxygenase-2 And Tumor Necrosis Factor | | 4/29/2014 | R549926 | $998.84 | $998.84 |
| | AMI01-03JP | | | | | | |
| 26 | AMIN | Method Of Using Tetracycline Compunds For Inhibition Of Nitric Oxide Production | | 5/28/2014 | R558123NN | $1,002.81 | $1,002.81 |
| | AMI01-02CA | | | | | | |
| 27 | AMIN | Method Of Using Tetracycline Compunds For Inhibition Of Nitric Oxide Production | | 11/30/2 | R605987XX | $901.80 | $901.80 |
| | AMI01-02KR | | | | | | |
| 28 | AMIN | Method Of Using Tetracycline Compunds For Inhibition Of Nitric Oxide Production | | 11/30/2 | R605987YY | $850.15 | $850.15 |
| | AMI01-02JP | | | | | | |

Payment is due within 15 days
**Invoice Total**        **$38,176.61**



# HOFFMANN & BARON, LLP

### ATTORNEYS AT LAW

6900 Jericho Turnpike, Syosset, New York 11791-4407 | phone: 516.822.3550 | fax: 516.822.3582 | www.hbiplaw.com

March 11, 2013
Bill Number 227168

Abram Goldfinger
NEW YORK UNIVERSITY
One Park Avenue
6th Floor
New York, NY 10016

TAX I.D.NO. 11-2871427

## FOR PROFESSIONAL SERVICES RENDERED:

Re: OUR DOCKET: 2305-2 PCT/JAPAN
PCT/JAPAN PATENT APPLICATION FOR:
METHOD OF USING TETRACYCLINE COMPOUNDS
FOR INHIBITION OF NITRIC OXIDE PRODUCTION
YOUR REFERENCE: AMI01-02EPO

## DISBURSEMENTS
Thru February 28, 2013

Associate Fees
01/30/13  Japanese Associate Fee and Japanese Patent Office          901.31
          Fee for payment of 4th annuity.

                                                              $901.31

                          TOTAL DISBURSEMENTS              $901.31


                          MATTER TOTAL                    $901.31

NEW YORK UNIVERSITY

Re: OUR DOCKET:  2305-2 PCT/SOUTH KOREA
PCT/SOUTH KOREA PATENT APPLICATION FOR:
METHOD OF USING TETRACYCLINE COMPOUNDS
FOR INHIBITION OF NITRIC OXIDE PRODUCTION
YOUR REFERENCE: AMI01-02EPO

**DISBURSEMENTS**
Thru February 28, 2013

Associate Fees
| 01/30/13 | South Korean Associate Fee and South Korean Patent Office Fee for payment of 8th annuity. | 626.84 | |
|---|---|---|---|
| | | | $626.84 |
| | TOTAL DISBURSEMENTS | | $626.84 |
| | MATTER TOTAL | | $626.84 |

March 11, 2013
Bill Number  227168

| | |
|---|---|
| Current Services | $0.00 |
| Current Disbursements | <u>$1,528.15</u> |
| Total This Bill | $1,528.15 |

Payment may be made by wire to:     TD Bank, N.A.
Wilmington, Delaware
United States of America

ACH ROUTING #:  026013673
ABA ROUTING #:  031101266
ACCOUNT # 4256091904
SWIFT CODE:  NRTHUS33

400

|  | |
|---|---|
| ent Services | $380.00 |
| ent Disbursements | $0.00 |
| al This Bill | $380.00 |

Payment may be made by wire to:

TD Bank, N.A.
Wilmington, Delaware
United States of America

ACH ROUTING #: 026013673
ABA ROUTING #: 031101266
ACCOUNT # 4256091904
SWIFT CODE: NRTHUS33

 

# HOFFMANN & BARON, LLP
### ATTORNEYS AT LAW

6900 Jericho Turnpike, Syosset, New York 11791-4407 | phone: 516.822.3550 | fax: 516.822.3582 | www.hbiplaw.com

February 8, 2013
Bill Number  224400

Abram Goldfinger
NEW YORK UNIVERSITY
One Park Avenue
6th Floor
New York, NY  10016

TAX I.D.NO. 11-2871427

## FOR PROFESSIONAL SERVICES RENDERED:

Re: OUR DOCKET:  2305-2 PCT/JAPAN
PCT/JAPAN PATENT APPLICATION FOR:
METHOD OF USING TETRACYCLINE COMPOUNDS
FOR INHIBITION OF NITRIC OXIDE PRODUCTION
YOUR REFERENCE: AMI01-02EPO

## LEGAL SERVICES
Thru January 31, 2013

| | | | |
|---|---|---|---|
| 01/29/13 | RJB | In consideration of instructions to pay fourth (4th) annuity in Japan, undertaking to make payment and advising Dr. A. Goldfinger of NYU regarding same. | 0.50 Hrs |

TOTAL LEGAL SERVICES          $190.00

## LEGAL SERVICES SUMMARY
RONALD J. BARON

| | | | |
|---|---|---|---|
| | 0.50 Hrs | 380 /hr | $190.00 |
| | 0.50 Hrs | | $190.00 |

NEW YORK UNIVERSITY

Re: OUR DOCKET:  2305-2 PCT/JAPAN
PCT/JAPAN PATENT APPLICATION FOR:
METHOD OF USING TETRACYCLINE COMPOUNDS
FOR INHIBITION OF NITRIC OXIDE PRODUCTION
YOUR REFERENCE: AMI01-02EPO

MATTER TOTAL                    $190.00



CPA GLOBAL

*[handwritten: ×R Galdem SOM]*

*[handwritten: 6/3/13 0000267151]*

# Invoice R450914

New York University School Of Med
Attn: Jessica Tabankin
Office Of Industrial Liaison
One Park Ave
6th Floor New York NY 10016
USA



*[stamp: CPA Global NYU SOM/Industrial Liaison M130002044]*



This Invoice has been issued either in line with your contract terms, or in response to renewal instructions, for the following Patent case.

The cost on this Invoice may differ from the estimated cost in the Renewal Notice due to fluctuations in exchange rates, official fee increases and any applicable late fines.

You should note that interest will be charged on any amounts overdue at the rate of 1.5% per month or part thereof.

A summary of the amount due starts on page 2.

## Total amount due
## US$ 2,405.00

You must allow time for your payment to clear by 02 June 2013.

03 April 2013
..................................................................
New York University School Of Med
..................................................................
CPA Global account number: 7953813
..................................................................
Account currency: US Dollar

## We are here to help
North America Client Service Centre
..................................................................
Email: patentrenewals@cpaglobal.com
..................................................................
Phone: Toll free 866 739-2239
..................................................................
Fax: 703 739-2815
..................................................................
Operated by
CPA Global North America LLC
2318 Mill Road, 12th Floor
Alexandria, VA 22314

Note: Please do not make cheques payable to CPA Global North America LLC.

## How to pay this Invoice
Please pay using one of the methods below and provide details of any credit being used.

### Bank transfer
| | | |
|---|---|---|
| HSBC Bank Plc | SORT code | 40-05-15 |
| 8 Canada Square | Account Number | 69417697 |
| London | SWIFT Code | MIDLGB22XXX |
| E14 5HQ | IBAN Number | GB24MIDL40051569417697 |

The transaction reference should include your CPA Global account and invoice number.

### Cheque
Cheques must be made payable to **CPA Global Limited.** Please reference your CPA Global Account number or Invoice number on the cheque. For convenience, please send cheques to our North American affiliate at the following address for onward provision to CPA Global Limited.

CPA Global
2318 Mill Road, 12th Floor
Alexandria, VA 22314

Cheques may also be sent directly to CPA Global Limited to the address shown at the foot of this invoice.

### Credit/debit card
Call Toll free 866 739-2239 with your card details.

Please let us know if you would like to:
- learn about CPA Direct, our online patents and designs portfolio management tool
- receive this document in the future as a PDF or the information it contains as a data file
- have your cases listed in a different order in the future
- change your contact details

## Service location
Please note that CPA Global Limited's renewals service is performed outside of the US. Form W8-BEN is available upon request.

**CPA Global Limited**
Liberation House, Castle Street,
St Helier, Jersey JE1 1BL Channel Islands
www.cpaglobal.com

ISO 9001
FS 545772

ANAB

**CPA Global Limited**
Registered as a company under the Companies (Jersey) Law 1991, number 93743
Registered Office Liberation House, Castle Street, St Helier, Jersey, JE1 1BL Channel Islands
CPA Global Limited previously registered as Computer Patent Annuities Limited

Page
1 of



*Date*
03 April 2013

*CPA Global account number*
7953813

*Client name*
New York University School Of Med

# Summary of Invoice R450914

Total amount due
## US$ 2,405.00

1 case listed

METHOD FOR INHIBITING CYCLOOXYGENAS                          US$ 2,405.00

# Invoice R450914 continued

## Total amount due
## US$ 2,405.00

---

| **METHOD FOR INHIBITING CYCLOOXYGENAS** | **US$ 2,405.00** |
|---|---|

**U.S.A.**   Patent number **6319910**   Renewal date **20 May 2013**   Annuity **03**

| *Unique Invoice ID* | *Type* | *Application number* | *Proprietor* | *Cost* |
|---|---|---|---|---|
| R450914/0001 | Large Entity | 09/213149 | NYU MEDICAL CENTER | US$ 2,405.00 |

| *Reference* | *Case code* | *File number* |
|---|---|---|
| METHOD FOR INHIBITING CYCLOOXYGENAS | AMI01-06US | AMIN2A |

*Notes*
Large entity paid



CPA Global Limited
Liberation House, Castle Street,
St Helier, Jersey JE1 1BL Channel Islands
www.cpaglobal.com

ISO 9001
FS 545772

CPA Global Limited
Registered as a company under the Companies (Jersey) Law 1991, number 93743
Registered Office Liberation House, Castle Street, St Helier, Jersey, JE1 1BL Channel Islands
CPA Global Limited previously registered as Computer Patent Annuities Limited

Page
3 of

397 DAYSTATS CPADLY_RW_C6 1579 380.2.2



Date
28 August 2013

*CPA Global account number*
7953813

*Client name*
New York University School Of Med

*AMI01-03AT*
*R Galderma*
*Som*

# Invoice R487094 continued

---

## FACTOR ALPHA METHOD FOR INHIBITING

### US$ 27,227.94

**Austria**     Patent number **1041991**     Renewal date **17 Dec 2013**     Annuity **16**

| Unique invoice ID | Type | Application number | Proprietor | | Cost |
|---|---|---|---|---|---|
| R487094/0014 | Patent | 98964764.9 | NYU MEDICAL CENTER | | US$ 2,480.92 |

| Reference | Case code | | File number | |
|---|---|---|---|---|
| FACTOR ALPHA METHOD FOR INHIBITING | AMI01-03AT | | AMIN2A | |

**CPA GLOBAL**

| Date | CPA Global account number | Client name |
|------|---------------------------|-------------|
| 28 August 2013 | 7953813 | New York University School Of Med |

*AMI01-03BE*
*R Galderra*
*Som*

## Invoice R487094 continued

### *FACTOR ALPHA METHOD FOR INHIBITING* continued

**Belgium**   Patent number **1041991**   Renewal date **17 Dec 2013**   Annuity **16**

| Unique Invoice ID | Type | Application number | Proprietor | Cost |
|-------------------|------|--------------------|------------|------|
| R487094/0015 | Patent | 98964764.9 | NYU MEDICAL CENTER | US$ 973.77 |

| Reference | Case code | File number |
|-----------|-----------|-------------|
| FACTOR ALPHA METHOD FOR INHIBITING | AMI01-03BE | AMIN2A |

CPA Global Limited
Liberation House, Castle Street,
St Helier, Jersey JE1 1BL Channel Islands

ISO 9001
FS 545772

CPA Global Limited
Registered as a company under the Companies (Jersey) Law 1991, number 93743
Registered Office Liberation House, Castle Street, St Helier, Jersey, JE1 1BL Channel Islands
CPA Global Limited previously registered as Computer Patent Annuities Limited



Date
28 August 2013

CPA Global account number
7953813

Client name
New York University School Of Med

*AMI01-03CH*
*R Galderma*
*SOM*

# Invoice R487094 continued

## *FACTOR ALPHA METHOD FOR INHIBITING continued*

**Switzerland**   Patent number **1041991**   Renewal date **17 Dec 2013**   Annuity **16**

| Unique Invoice ID | Type | Application number | Proprietor | Cost |
|---|---|---|---|---|
| R487094/0016 | Patent | 98964764.9 | NYU MEDICAL CENTER | US$ 824.70 |

| Reference | Case code | File number |
|---|---|---|
| FACTOR ALPHA METHOD FOR INHIBITING | AMI01-03CH | AMIN2A |


**CPA GLOBAL**

| Date | CPA Global account number | Client name |
| --- | --- | --- |
| 28 August 2013 | 7953813 | New York University School Of Med |

*AM01-03CY*
*R Calderon*
*Sovn*



## Invoice R487094 continued

### FACTOR ALPHA METHOD FOR INHIBITING continued

**Cyprus** Patent number **1041991** Renewal date **17 Dec 2013** Annuity **16**

| Unique Invoice ID | Type | Application number | Proprietor | Cost |
| --- | --- | --- | --- | --- |
| R487094/0017 | Patent | 98964764.9 | NEW YORK UNIVERSITY | US$ 1,464.65 |

| Reference | Case code | File number |
| --- | --- | --- |
| FACTOR ALPHA METHOD FOR INHIBITING | AMI01-03CY | AMIN2A |

**CPA Global Limited**
Liberation House, Castle Street,
St Helier, Jersey JE1 1BL Channel Islands

ISO 9001
FS 545772 CNAB BSI

**CPA Global Limited**
Registered as a company under the Companies (Jersey) Law 1991, number 93743
Registered Office Liberation House, Castle Street, St Helier, Jersey, JE1 1BL Channel Islands
CPA Global Limited previously registered as Computer Patent Annuities Limited

G9 DAYSTATS CPADLY_RW_C4 1141 27.66.16


**CPA** GLOBAL

| Date | CPA Global account number | Client name |
|------|---------------------------|-------------|
| 28 August 2013 | 7953813 | New York University School Of Med |

*AMI01-05DE*
*R Galderna*
*9M*

# Invoice R487094 continued

## *FACTOR ALPHA METHOD FOR INHIBITING* continued

**Germany**   Patent application number **1041991**   Renewal date **17 Dec 2013**   Annuity 16

| Unique invoice ID | Type | | Proprietor | Cost |
|-------------------|------|--|-----------|------|
| R487094/0018 | Patent | | NYU MEDICAL CENTER | US$ 2,816.23 |

| Reference | Case code |
|-----------|-----------|
| FACTOR ALPHA METHOD FOR INHIBITING | — |



AMI01-03DK
R Guldene
SOM

S

## Invoice R487094 continued

### *FACTOR ALPHA METHOD FOR INHIBITING* continued

**Denmark**   Patent number **1041991**   Renewal date **17 Dec 2013**   Annuity **16**

| Unique invoice ID | Type | Application number | Proprietor | Cost |
|-------------------|------|--------------------|-----------| -----|
| R487094/0019 | Patent | 98964764.9 | NYU MEDICAL CENTER | US$ 1,283.39 |

| Reference | Case code | File number |
|-----------|-----------|-------------|
| FACTOR ALPHA METHOD FOR INHIBITING | AMI01-03DK | AMIN2A |

CPA Global Limited
Liberation House, Castle Street,
St Helier, Jersey JE1 1BL Channel Islands

ISO 9001
FS 545772

ANAB

CPA Global Limited
Registered as a company under the Companies (Jersey) Law 1991, number 93743
Registered Office Liberation House, Castle Street, St Helier, Jersey, JE1 1BL Channel Islands
CPA Global Limited previously registered as Computer Patent Annuities Limited



Date
28 August 2013

CPA Global account number
7953813

Client name
New York University School Of Med

AM101-03FI
R Galdema
SOM

# Invoice R487094 continued

## *FACTOR ALPHA METHOD FOR INHIBITING* continued

**Finland**    Patent number **1041991**    Renewal date **17 Dec 2013**    Annuity **16**

| Unique Invoice ID | Type | Application number | Proprietor | Cost |
|---|---|---|---|---|
| R487094/0020 | Patent | 98964764.9 | NYU MEDICAL CENTER | US$ 1,513.26 |

| Reference | Case code | File number |
|---|---|---|
| FACTOR ALPHA METHOD FOR INHIBITING | AMI01-03FI | AMIN2A |



*Date*
28 August 2013

*CPA Global account number*
7953813

*Client name*
New York University School Of Med

*AMI01-03FR*
*Σ Galderma*
*Son*

# Invoice R487094 continued

**FACTOR ALPHA METHOD FOR INHIBITING** *continued*

**France**   Patent number **1041991**   Renewal date **17 Dec 2013**   Annuity **16**

| Unique invoice ID | Type | Application number | Proprietor | Cost |
|---|---|---|---|---|
| R487094/0021 | Patent | 98964764.9 | NYU MEDICAL CENTER | US$ 1,327.26 |

| Reference | Case code | File number |
|---|---|---|
| FACTOR ALPHA METHOD FOR INHIBITING | AMI01-03FR | AMIN2A |

CPA Global Limited
Liberation House, Castle Street,
St Helier, Jersey JE1 1BL Channel Islands
www.cpaglobal.com

ISO 9001
IS 545772

CPA Global Limited
Registered as a company under the Companies (Jersey) Law 1991, number 93743
Registered Office Liberation House, Castle Street, St Helier, Jersey, JE1 1BL Channel Islands
CPA Global Limited previously registered as Computer Patent Annuities Limited

99 DAYSTATS CPADLY_RW_C4 1145 27:65:18

**CPA** GLOBAL

| | | |
|---|---|---|
| *Date* | *CPA Global account number* | *Client name* |
| 28 August 2013 | 7953813 | New York University School Of Med |

*AMI01-03GB*
*R Goldema*
*Son*

# Invoice R487094 continued

## FACTOR ALPHA METHOD FOR INHIBITING *continued*

**Great Britain**    Patent number **1041991**    Renewal date **17 Dec 2013**    Annuity **16**

| *Unique Invoice ID* | *Type* | *Application number* | *Proprietor* | *Cost* |
|---|---|---|---|---|
| R487094/0022 | Patent | 98964764.9 | NYU MEDICAL CENTER | US$ 954.37 |

| *Reference* | *Case code* | *File number* |
|---|---|---|
| FACTOR ALPHA METHOD FOR INHIBITING | AMI01-03GB | AMIN2A |



CPA GLOBAL

| Date | CPA Global account number | Client name |
|------|---------------------------|-------------|
| 28 August 2013 | 7953813 | New York University School Of Med |

*AM101-03IE*
*R Golderma*
*Som*

# Invoice R487094 continued

### FACTOR ALPHA METHOD FOR INHIBITING continued

**Ireland**   Patent number **1041991**   Renewal date **17 Dec 2013**   Annuity **16**

| Unique Invoice ID | Type | Application number | Proprietor | Cost |
|---|---|---|---|---|
| R487094/0023 | Patent | 98964764.9 | NYU MEDICAL CENTER | US$ 1,019.97 |

| Reference | Case code | File number |
|---|---|---|
| FACTOR ALPHA METHOD FOR INHIBITING | AMI01-03IE | AMIN2A |

CPA Global Limited
Liberation House, Castle Street,
St Helier, Jersey JE1 1BL Channel Islands
www.cpaglobal.com

ISO 9001
FS 545712

CPA Global Limited
Registered as a company under the Companies (Jersey) Law 1991, number 93743
Registered Office Liberation House, Castle Street, St Helier, Jersey, JE1 1BL Channel Islands
CPA Global Limited previously registered as Computer Patent Annuities Limited



| Date | CPA Global account number | Client name |
|---|---|---|
| 28 August 2013 | 7953813 | New York University School Of Med |

AMIA-03IT
R Gaddema
SSM

# Invoice R487094 continued

### FACTOR ALPHA METHOD FOR INHIBITING continued

**Italy**   Patent number **1041991**   Renewal date **17 Dec 2013**   Annuity **16**

| Unique Invoice ID | Type | Application number | Proprietor | Cost |
|---|---|---|---|---|
| R487094/0024 | Patent | 98964764.9 | NYU MEDICAL CENTER | US$ 1,890.62 |

| Reference | Case code | File number |
|---|---|---|
| FACTOR ALPHA METHOD FOR INHIBITING | AMI01-03IT | AMIN2A |



Date
28 August 2013

CPA Global account number
7953813

Client name
New York University School Of Med

*AMI01-03LU*
*R Galderma*
*SBM*

# Invoice R487094 continued

### *FACTOR ALPHA METHOD FOR INHIBITING continued*

**Luxembourg**   Patent number **1041991**   Renewal date **17 Dec 2013**   Annuity **16**

| Unique Invoice ID<br>R487094/0025 | Type<br>Patent | Application number<br>98964764.9 | Proprietor<br>NYU MEDICAL CENTER | Cost<br>US$ 620.98 |
|---|---|---|---|---|
| Reference<br>FACTOR ALPHA METHOD FOR INHIBITING | | Case code<br>AMI01-03LU | File number<br>AMIN2A | |

CPA Global Limited
Liberation House, Castle Street,
St Helier, Jersey JE1 1BL Channel Islands
www.cpaglobal.com

ISO 9001
FS 545772

CPA Global Limited
Registered as a company under the Companies (Jersey) Law 1991, number 93743
Registered Office Liberation House, Castle Street, St Helier, Jersey, JE1 1BL Channel Islands
CPA Global Limited previously registered as Computer Patent Annuities Limited



CPA GLOBAL

| Date | CPA Global account number | Client name |
|---|---|---|
| 28 August 2013 | 7953813 | New York University School Of Med |

*AMI01-03MC*
*R Galderma*
*SOM*

# Invoice R487094 continued

### *FACTOR ALPHA METHOD FOR INHIBITING  continued*

**Monaco**   Patent number **1041991**   Renewal date **17 Dec 2013**   Annuity **16**

| Unique invoice ID | Type | Application number | Proprietor | Cost |
|---|---|---|---|---|
| R487094/0026 | Patent | 98964764.9 | NYU MEDICAL CENTER | US$ 939.40 |

| Reference | Case code | File number |
|---|---|---|
| FACTOR ALPHA METHOD FOR INHIBITING | AMI01-03MC | AMIN2A |



*AMI01-03NL*
*R Galderma*
*SOM*

*AA*

# Invoice R487094 continued

### FACTOR ALPHA METHOD FOR INHIBITING continued

**Netherlands**   Patent number **1041991**   Renewal date **17 Dec 2013**   Annuity **16**

| Unique Invoice ID | Type | Application number | Proprietor | Cost |
|---|---|---|---|---|
| R487094/0027 | Patent | 98964764.9 | NYU MEDICAL CENTER | US$ 2,042.10 |

| Reference | Case code | File number |
|---|---|---|
| FACTOR ALPHA METHOD FOR INHIBITING | AMI01-03NL | AMIN2A |

CPA Global Limited
Liberation House, Castle Street,
St Helier, Jersey JE1 1BL Channel Islands
www.cpaglobal.com



CPA Global Limited
Registered as a company under the Companies (Jersey) Law 1991, number 93743
Registered Office Liberation House, Castle Street, St Helier, Jersey, JE1 1BL Channel Islands
CPA Global Limited previously registered as Computer Patent Annuities Limited

309 DAYSTATS CPADLY_RW_C4 1151 27.65.21

**CPA** GLOBAL

| Date | CPA Global account number | Client name |
|---|---|---|
| 28 August 2013 | 7953813 | New York University School Of Med |

*AM01-03PT*
*R Gildewa*
*Som*

*BB*

## Invoice R487094 continued

### *FACTOR ALPHA METHOD FOR INHIBITING* continued

**Portugal**   Patent number **1041991**   Renewal date **17 Dec 2013**   Annuity **16**

| Unique invoice ID | Type | Application number | Proprietor | Cost |
|---|---|---|---|---|
| R487094/0028 | Patent | 98964764.9 | NYU MEDICAL CENTER | US$ 1,579.23 |

| Reference | Case code | File number |
|---|---|---|
| FACTOR ALPHA METHOD FOR INHIBITING | AMI01-03PT | AMIN2A |



Date
28 August 2013

CPA Global account number
7953813

Client name
New York University School Of Med

*AMI01-03CA*
*R Galderma*
*Som*

*CC*
# Invoice R487094 continued

## *FACTOR ALPHA METHOD FOR INHIBITING* continued

**Canada**   Patent application number **2316972**   Renewal date **17 Dec 2013**   Annuity **16**

| Unique Invoice ID | Type | Application number | Proprietor | Cost |
|---|---|---|---|---|
| R487094/0029 | Large Entity | 2316972 | NYU MEDICAL CENTER | US$ 1,096.65 |

| Reference | Case code | File number |
|---|---|---|
| FACTOR ALPHA METHOD FOR INHIBITING | AMI01-03CA | AMIN2A |

CPA Global Limited
Liberation House, Castle Street,
St Heller, Jersey JE1 1BL Channel Islands
www.cpaglobal.com

ISO 9001
FS 545772

CPA Global Limited
Registered as a company under the Companies (Jersey) Law 1991, number 93743
Registered Office Liberation House, Castle Street, St Heller, Jersey, JE1 1BL Channel Islands
CPA Global Limited previously registered as Computer Patent Annuities Limited


**CPA GLOBAL**

| Date | CPA Global account number | Client name |
| 28 August 2013 | 7953813 | New York University School Of Med |

AM101-03GR
R Gialdema
SOM

DD

# Invoice R487094 continued

### FACTOR ALPHA METHOD FOR INHIBITING continued

**Greece**    Patent number **3066457**    Renewal date **17 Dec 2013**    Annuity **16**

| Unique Invoice ID | Type | Application number | Proprietor | Cost |
|---|---|---|---|---|
| R487094/0030 | Patent | 98964764.9 | NYU MEDICAL CENTER | US$ 1,674.39 |

| Reference | Case code | File number |
|---|---|---|
| FACTOR ALPHA METHOD FOR INHIBITING | AMI01-03GR | AMIN2A |



*AMI01-03ES*
*R Galderma*
*SoM*

*EE*

# Invoice R487094 continued

## FACTOR ALPHA METHOD FOR INHIBITING  continued

**Spain**   Patent number **98964764.9**   Renewal date **17 Dec 2013**   Annuity **16**

| Unique Invoice ID | Type | Application number | Proprietor | Cost |
|---|---|---|---|---|
| R487094/0031 | Patent | 98964764.9 | NYU MEDICAL CENTER | US$ 1,451.97 |

| Reference | Case code | File number |
|---|---|---|
| FACTOR ALPHA METHOD FOR INHIBITING | AMI01-03ES | AMIN2A |

CPA Global Limited
Liberation House, Castle Street,
St Helier, Jersey JE1 1BL Channel Islands
www.cpaglobal.com

ISO 9001
FS 545772

CPA Global Limited
Registered as a company under the Companies (Jersey) Law 1991, number 93743
Registered Office Liberation House, Castle Street, St Helier, Jersey, JE1 1BL Channel Islands
CPA Global Limited previously registered as Computer Patent Annuities Limited



**Date**
28 August 2013

**CPA Global account number**
7953813

**Client name**
New York University School Of Med

*AMI01-03SE*
*P Galdena*
*SOM*

FF

# Invoice R487094 continued

### *FACTOR ALPHA METHOD FOR INHIBITING continued*

**Sweden**    Patent number **98964764.9**    Renewal date **17 Dec 2013**    Annuity **16**

| Unique Invoice ID | Type | Application number | Proprietor | Cost |
|---|---|---|---|---|
| R487094/0032 | Patent | 98964764.9 | NYU MEDICAL CENTER | US$ 1,274.08 |

| Reference | Case code | File number |
|---|---|---|
| FACTOR ALPHA METHOD FOR INHIBITING | AMI01-03SE | AMIN2A |



*Date*
19 December 2013

*CPA Global account number*
7953813

*Client name*
New York University School Of Med

# Invoice R515919 continued

Total amount due
## US$ 63.42

| **FACTOR ALPHA METHOD FOR INHIBITING** | | | | **US$ 63.42** |
|---|---|---|---|---|
| **Canada** Patent application number **2316972** Renewal date **17 Dec 2013** Annuity **16** | | | | |
| *Unique invoice ID* | *Type* | *Application number* | *Proprietor* | *Cost* |
| R515919/0001 | Large Entity | 2316972 | NYU MEDICAL CENTER | US$ 63.42 |
| *Reference* | | *Case code* | | *File number* |
| FACTOR ALPHA METHOD FOR INHIBITING | | AMI01-03CA | | AMIN2A |

*Notes*
Inc in agents fees



# Invoice R512896 continued

Total amount due
## US$ 2,818.50

---

### METHOD OF USING TETRACYCLINE        US$ 2,818.50

**Australia**    Patent number **718234**    Renewal date **21 Aug 2013**    Annuity **17**

| Unique invoice ID | Type | Application number | Proprietor | Cost |
| --- | --- | --- | --- | --- |
| R512896/0001 | Patent | 40808/97 | THE RESEARCH FOUNDATION OF STATE UN | US$ 2,818.50 |

| Reference | Case code |
| --- | --- |
| METHOD OF USING TETRACYCLINE | AMI01-02AU |



Date
29 April 2014

CPA Global account number
7953813

Client name
New York University School Of Med

# Invoice R549926 continued

Total amount due
## US$ 998.84

### FACTOR ALPHA METHOD FOR INHIBITING          US$ 998.84

**Japan**   Patent number **4733266**   Renewal date **28 Apr 2014**   Annuity **04**

| Unique Invoice ID | Type | Application number | Proprietor | Cost |
|---|---|---|---|---|
| R549926/0001 | Patent | 2000-538702 | NEW YORK UNIVERSITY SCHOOL OF MED | US$ 998.84 |

| Reference | Case code |
|---|---|
| FACTOR ALPHA METHOD FOR INHIBITING | AMI01-03JP |

 CPA GLOBAL

AMI01-02CA
Galderma
scm



# Invoice R558123 continued

## METHOD OF USING TETRACYCLINE                                    US$ 1,002.81

**Canada**   Patent number **2264552**   Renewal date **21 Aug 2014**   Annuity **18**

| Unique invoice ID | Type | Application number | Proprietor | Cost |
|-------------------|------|--------------------|------------|------|
| R558123/0041 | Large Entity | 2264552 | THE RESEARCH FOUNDATION OF SUNY | US$ 1,002.81 |

| Reference | Case code |
|-----------|-----------|
| METHOD OF USING TETRACYCLINE | AMI01-02CA |



AMI01-02 KR
(2)
Galderma
SOM



*Date*
30 November 2014

*CPA Global account number*
7953813

*Client name*
New York University School Of Med

xx
## Invoice R605987 continued

---

| **METHOD OF USING TETRACYCLINE** | | | | **US$ 1,751.95** |
|---|---|---|---|---|
| **South Korea**   Patent number **554859** | | Renewal date **17 Feb 2015**   Annuity **10** | | |

| *Unique invoice ID* <br> R605987/0050 | *Type* <br> Patent | *Application number* <br> 1999-7001591 | *Proprietor* <br> THE RESEARCH FOUNDATION OF STATE UN | *Cost* <br> US$ 901.80 |
|---|---|---|---|---|
| *Reference* <br> METHOD OF USING TETRACYCLINE | | *Case code* <br> AMI01-02KR | | |

*Notes*
This case has 5 claims

CPA Global Limited
Liberation House, Castle Street,
St Helier, Jersey JE1 1BL Channel Islands
www.cpaglobal.com

CPA Global Limited
Registered as a company under the Companies (Jersey) Law 1991, number 93743
Registered Office Liberation House, Castle Street, St Helier, Jersey, JE1 1BL Channel Islands
CPA Global Limited previously registered as Computer Patent Annuities Limited

Page
69 of 111



| Date | CPA Global account number | Client name |
|---|---|---|
| 30 November 2014 | 7953813 | New York University School Of Med |

# Invoice R605987 continued

### *METHOD OF USING TETRACYCLINE continued*

**Japan**    Patent number **4451930**    Renewal date **05 Feb 2015**    Annuity **06**

| Unique Invoice ID | Type | Application number | Proprietor | Cost |
|---|---|---|---|---|
| R605987/0051 | Patent | 10-511735 | HOSPITAL FOR JOINT DISEASE ET AL | US$ 850.15 |

| Reference | | Case code | | |
|---|---|---|---|---|
| METHOD OF USING TETRACYCLINE | | AMI01-02JP | | |

*Notes*
This case has 28 claims