# EXHIBIT 1



# LECLAIRRYAN

A Virginia Professional Corporation
P.O. Box 2499
Richmond, Virginia 23218-2499

EIN NO: 41-2252451

Jolie Piniella  
New York University School of Medicine  
Office of Industrial Liaison  
One Park Avenue, 6th Floor  
New York, NY 10016-5802

December 13, 2013  
File Number: 29527.0010  
Invoice No: 559181

Matter: Remand Proceeding

## CURRENT BILLING THROUGH NOVEMBER 30, 2013

| | |
|---|---:|
| Fees for Professional Services | $2,156.00 |
| Expenses and Advances | $19.50 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$2,175.50** |
| | |
| **MONIES HELD IN TRUST** | **$0.00** |

THIS INVOICE IS PAYABLE UPON RECEIPT.

THE FIRM'S HOURLY RATES ARE REVIEWED ANNUALLY AND MAY CHANGE EFFECTIVE JANUARY 1ST UNLESS OTHERWISE AGREED

FOR ALL BILLING INQUIRIES  
PLEASE CONTACT THE ACCOUNTS RECEIVABLE DEPARTMENT – 1.888.783.2003  
Client.billing@leclairryan.com

## PROFESSIONAL SERVICES

| Date | Description | Init | Hours |
|---|---|---|---|
| 11/01/13 | Review and revise stipulation on Sandoz stay and memos regarding same. | APZ | 0.90 |
| 11/04/13 | Review memo to Lupin regarding settlement stipulation. | APZ | 0.20 |
| 11/05/13 | Review Sandoz stipulation and memo regarding same. Review Impax stipulation. | APZ | 0.50 |
| 11/06/13 | Memos regarding Sandoz stipulation. | APZ | 0.20 |
| 11/08/13 | Review docket and status of stipulation sent to Mylan, Impax, and Lupin. | APZ | 0.50 |
| 11/18/13 | Review memos from defendants regarding stipulations to dismiss cases. Conference with co-counsel regarding same. | APZ | 0.50 |
| 11/19/13 | Review memo from Lupin regarding dismissal stipulation. | APZ | 0.20 |
| 11/22/13 | Review and revise Impax stipulation and memo with co-counsel regarding same. | APZ | 0.90 |
| 11/25/13 | Review Impax stipulation and memos with co-counsel regarding same. | APZ | 0.30 |
| 11/26/13 | Review Impax and Mylan stipulations and memos to client and co-counsel regarding same. | APZ | 0.40 |
| 11/29/13 | Review memos with opposing counsel regarding settlement issues. | APZ | 0.30 |
| | **Total Services:** | | **$2,156.00** |

### SERVICES RECAP

| INIT | NAME | TITLE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| APZ | Andrew P. Zappia | Shareholder | $440.00 | 4.90 | $2,156.00 |

### EXPENSES

| DATE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|
| | Copies - 78 at 0.25 | | | | $19.50 |
| | **TOTAL EXPENSES** | | | | **$19.50** |



# LECLAIRRYAN

A Virginia Professional Corporation
P.O. Box 2499
Richmond, Virginia 23218-2499

EIN NO: 41-2252451

Jolie Piniella
New York University School of Medicine
Office of Industrial Liaison
One Park Avenue, 6th Floor
New York, NY 10016-5802

December 13, 2013
File Number: 29527.0010
Invoice No: 559181

Matter: Remand Proceeding

## CURRENT BILLING THROUGH NOVEMBER 30, 2013

| | |
|---|---:|
| Fees for Professional Services | $2,156.00 |
| Expenses and Advances | $19.50 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$2,175.50** |
| **MONIES HELD IN TRUST** | **$0.00** |

Please remit payment to LeClairRyan, P.O. Box 2499, Richmond , VA 23218-2499
Or
For Wire/ACH/Electronic Payments:

Wells Fargo Bank N.A.
420 Montgomery Street
San Francisco, CA 94104
Please Reference Invoice or Matter Number(s).

ABA Routing #121000248
ACH ABA Routing # 051400549
LeClairRyan Operating Account # 2055303688350
Swift Code: WFBIUS6S



# LECLAIRRYAN

A Virginia Professional Corporation
P.O. Box 2499
Richmond, Virginia 23218-2499

EIN NO: 41-2252451

Jolie Piniella  
New York University School of Medicine  
Office of Industrial Liaison  
One Park Avenue, 6th Floor  
New York, NY  10016-5802

January 21, 2014  
File Number: 29527.0010  
Invoice No:  563328

Matter:  Remand Proceeding

### CURRENT BILLING THROUGH DECEMBER 31, 2013

| | |
|---|---:|
| Fees for Professional Services | $2,596.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$2,596.00** |
| | |
| **MONIES HELD IN TRUST** | **$0.00** |

THIS INVOICE IS PAYABLE UPON RECEIPT.

THE FIRM'S HOURLY RATES ARE REVIEWED ANNUALLY AND MAY CHANGE EFFECTIVE JANUARY 1ST UNLESS OTHERWISE AGREED

FOR ALL BILLING INQUIRIES  
PLEASE CONTACT THE ACCOUNTS RECEIVABLE DEPARTMENT – **1.888.783.2003**  
Client.billing@leclairryan.com

## PROFESSIONAL SERVICES

| Date | Description | Init | Hours |
|---|---|---|---|
| 12/02/13 | Memos and conferences with co-counsel regarding settlement status and stipulations. Review status letter to court. Memos regarding same. | APZ | **1.20** |
| 12/03/13 | Review proposed dismissal stipulation from Impax and Lupin and memos regarding same. | APZ | **0.50** |
| 12/04/13 | Memos and conferences with co-counsel and opposing counsel regarding stipulation of dismissal. | APZ | **0.80** |
| 12/06/13 | Review stipulations from Impax and Lupin and memo to NYU regarding same. | APZ | **0.50** |
| 12/10/13 | Memos with client and co-counsel regarding resolution of remand proceeding. | APZ | **0.70** |
| 12/11/13 | Review and revise dismissal stipulations. Conference with co- counsel regarding same. Review Federal Circuit. | APZ | **1.10** |
| 12/23/13 | Review memo from co-counsel regarding settlement issues. | APZ | **0.10** |
| 12/27/13 | Review and revise dismissal stipulations and memo to co-counsel regarding same. | APZ | **0.80** |
| 12/30/13 | Review memo to opposing counsel regarding dismissal stipulation. | APZ | **0.20** |
| | **Total Services:** | | **$2,596.00** |

## SERVICES RECAP

| INIT | NAME | TITLE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| APZ | Andrew P. Zappia | Shareholder | $440.00 | 5.90 | $2,596.00 |



# LECLAIRRYAN

A Virginia Professional Corporation
P.O. Box 2499
Richmond, Virginia 23218-2499

EIN NO: 41-2252451

Jolie Piniella
New York University School of Medicine
Office of Industrial Liaison
One Park Avenue, 6th Floor
New York, NY 10016-5802

January 21, 2014
File Number: 29527.0010
Invoice No: 563328

Matter: Remand Proceeding

### CURRENT BILLING THROUGH DECEMBER 31, 2013

| | |
|---|---|
| Fees for Professional Services | $2,596.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$2,596.00** |
| **MONIES HELD IN TRUST** | **$0.00** |

Please remit payment to LeClairRyan, P.O. Box 2499, Richmond , VA 23218-2499
Or
For Wire/ACH/Electronic Payments:

Wells Fargo Bank N.A.
420 Montgomery Street
San Francisco, CA 94104
Please Reference Invoice or Matter Number(s).

ABA Routing #121000248
ACH ABA Routing # 051400549
LeClairRyan Operating Account # 2055303688350
Swift Code: WFBIUS6S



# LECLAIRRYAN

A Virginia Professional Corporation
P.O. Box 2499
Richmond, Virginia 23218-2499

EIN NO: 41-2252451

Jolie Piniella
New York University School of Medicine
Office of Industrial Liaison
One Park Avenue, 6th Floor
New York, NY 10016-5802

February 17, 2014
File Number: 29527.0010
Invoice No: 567751

Matter: Remand Proceeding

### CURRENT BILLING THROUGH JANUARY 31, 2014

| | |
|---|---:|
| Fees for Professional Services | $850.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$850.00** |
| | |
| **MONIES HELD IN TRUST** | **$0.00** |

THIS INVOICE IS PAYABLE UPON RECEIPT.

THE FIRM'S HOURLY RATES ARE REVIEWED ANNUALLY AND MAY
CHANGE EFFECTIVE JANUARY 1ST UNLESS OTHERWISE AGREED

FOR ALL BILLING INQUIRIES
PLEASE CONTACT THE ACCOUNTS RECEIVABLE DEPARTMENT – 1.888.783.2003
Client.billing@leclairryan.com

## PROFESSIONAL SERVICES

| Date | Description | Init | Hours |
|---|---|---|---|
| 01/03/14 | Memos to opposing counsel regarding dismissal stipulations. | APZ | **0.30** |
| 01/06/14 | Review memos regarding dismissal stipulations. | APZ | **0.20** |
| 01/08/14 | Review memos from opposing counsel regarding dismissal stipulations. | APZ | **0.20** |
| 01/09/14 | Review and revise status letter to court. Memo to co-counsel regarding dismissal orders. | APZ | **0.30** |
| 01/10/14 | Review status letter filed with court. | APZ | **0.20** |
| 01/13/14 | Memo to client regarding dismissal of remand proceeding and next steps. | APZ | **0.50** |
| 01/13/14 | Gather dockets, Stipulations of Dismissals, and Orders for the Mylan, Lupin and Impax District Court cases for review by A. Zappia. | JH | **0.50** |
| | **Total Services:** | | **$850.00** |

### SERVICES RECAP

| INIT | NAME | TITLE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| APZ | Andrew P. Zappia | Shareholder | $450.00 | 1.70 | $765.00 |
| JH | Jill Harris | Paralegal | $170.00 | 0.50 | $85.00 |



# LECLAIRRYAN

A Virginia Professional Corporation  
P.O. Box 2499  
Richmond, Virginia 23218-2499

EIN NO: 41-2252451

Jolie Piniella  
New York University School of Medicine  
Office of Industrial Liaison  
One Park Avenue, 6th Floor  
New York, NY 10016-5802

February 17, 2014  
File Number: 29527.0010  
Invoice No: 567751

Matter: Remand Proceeding

### CURRENT BILLING THROUGH JANUARY 31, 2014

| | |
|---|---:|
| Fees for Professional Services | $850.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$850.00** |
| **MONIES HELD IN TRUST** | **$0.00** |

Please remit payment to LeClairRyan, P.O. Box 2499, Richmond , VA 23218-2499  
Or  
For Wire/ACH/Electronic Payments:

Wells Fargo Bank N.A.  
420 Montgomery Street  
San Francisco, CA 94104  
Please Reference Invoice or Matter Number(s).

ABA Routing #121000248  
ACH ABA Routing # 051400549  
LeClairRyan Operating Account # 2055303688350  
Swift Code: WFBIUS6S



# LECLAIRRYAN

A Virginia Professional Corporation
P.O. Box 2499
Richmond, Virginia 23218-2499

EIN NO: 41-2252451

Jolie Piniella
New York University School of Medicine
Office of Industrial Liaison
One Park Avenue, 6th Floor
New York, NY 10016-5802

June 16, 2014
File Number: 29527.0010
Invoice No: 588278

Matter: Remand Proceeding

## CURRENT BILLING THROUGH MAY 31, 2014

| | |
|---|---:|
| Fees for Professional Services | $432.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$432.00** |
| **MONIES HELD IN TRUST** | **$0.00** |

THIS INVOICE IS PAYABLE UPON RECEIPT.

THE FIRM'S HOURLY RATES ARE REVIEWED ANNUALLY AND MAY CHANGE EFFECTIVE JANUARY 1ST UNLESS OTHERWISE AGREED

FOR ALL BILLING INQUIRIES
PLEASE CONTACT THE ACCOUNTS RECEIVABLE DEPARTMENT – 1.888.783.2003
Client.billing@leclairryan.com

## PROFESSIONAL SERVICES

| Date | Description | Init | Hours |
|---|---|---|---|
| 05/28/14 | Review Galderma request for stipulation to resolve Sandoz action. | APZ | 0.40 |
| 05/28/14 | Review Pacer court docket for current docket and complaint in Galderma v Sandoz case for A. Zappia review. | CF | 0.40 |
| 05/29/14 | Review proposed stipulation to resolve Sandoz case. | APZ | 0.40 |
| | **Total Services:** | | **$432.00** |

## SERVICES RECAP

| INIT | NAME | TITLE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| APZ | Andrew P. Zappia | Shareholder | $450.00 | 0.80 | $360.00 |
| CF | Carla Ford | Paralegal | $180.00 | 0.40 | $72.00 |



# LeClairRyan

A Virginia Professional Corporation  
P.O. Box 2499  
Richmond, Virginia 23218-2499

EIN NO: 41-2252451

Jolie Piniella  
New York University School of Medicine  
Office of Industrial Liaison  
One Park Avenue, 6th Floor  
New York, NY  10016-5802

June 16, 2014  
File Number: 29527.0010  
Invoice No: 588278

Matter: Remand Proceeding

### CURRENT BILLING THROUGH MAY 31, 2014

| | |
|---|---:|
| Fees for Professional Services | $432.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$432.00** |
| **MONIES HELD IN TRUST** | **$0.00** |

Please remit payment to LeClairRyan, P.O. Box 2499, Richmond , VA 23218-2499  
Or  
For Wire/ACH/Electronic Payments:

Wells Fargo Bank N.A.  
420 Montgomery Street  
San Francisco, CA  94104  
Please Reference Invoice or Matter Number(s).

ABA Routing #121000248  
ACH ABA Routing # 051400549  
LeClairRyan Operating Account # 2055303688350  
Swift Code:  WFBIUS6S



# LECLAIRRYAN

A Virginia Professional Corporation
P.O. Box 2499
Richmond, Virginia 23218-2499

EIN NO: 41-2252451

Jolie Piniella  
New York University School of Medicine  
Office of Industrial Liaison  
One Park Avenue, 6th Floor  
New York, NY  10016-5802

July 14, 2014  
File Number:  29527.0010  
Invoice No:  593154

Matter:  Remand Proceeding

### CURRENT BILLING THROUGH JUNE 30, 2014

| | |
|---|---:|
| Fees for Professional Services | $1,755.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$1,755.00** |
| | |
| **MONIES HELD IN TRUST** | **$0.00** |

THIS INVOICE IS PAYABLE UPON RECEIPT.

THE FIRM'S HOURLY RATES ARE REVIEWED ANNUALLY AND MAY
CHANGE EFFECTIVE JANUARY 1ST UNLESS OTHERWISE AGREED

FOR ALL BILLING INQUIRIES
PLEASE CONTACT THE ACCOUNTS RECEIVABLE DEPARTMENT – **1.888.783.2003**
Client.billing@leclairryan.com

## PROFESSIONAL SERVICES

| Date | Description | Init | Hours |
|---|---|---|---|
| 06/04/14 | Memo to client regarding Galderma request for entry into stipulation to resolve Sandoz matter and review stipulation regarding same. | APZ | 0.50 |
| 06/05/14 | Memos with Galderma's counsel regarding Sandoz stipulation and review same. Conference with Galderma's counsel regarding same. | APZ | 0.50 |
| 06/06/14 | Memo to client regarding status and Galderma request for stipulation in Sandoz case. | APZ | 0.30 |
| 06/13/14 | Review docket in Sandoz case for status. | APZ | 0.20 |
| 06/23/14 | Review Galderma proposed motion to dismiss Sandoz case. | APZ | 0.90 |
| 06/25/14 | Memo to Paul Hastings on dismissal of Sandoz action. Revise proposed dismissal motion papers. | APZ | 0.40 |
| 06/26/14 | Conference with Paul Hastings regarding resolution of Sandoz case and review docket regarding same. | APZ | 1.10 |
| | Total Services: | | $1,755.00 |

## SERVICES RECAP

| INIT | NAME | TITLE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| APZ | Andrew P. Zappia | Shareholder | $450.00 | 3.90 | $1,755.00 |



# LeClairRyan

A Virginia Professional Corporation  
P.O. Box 2499  
Richmond, Virginia 23218-2499

EIN NO: 41-2252451

Jolie Piniella  
New York University School of Medicine  
Office of Industrial Liaison  
One Park Avenue, 6th Floor  
New York, NY 10016-5802

July 14, 2014  
File Number: 29527.0010  
Invoice No: 593154

Matter: Remand Proceeding

### CURRENT BILLING THROUGH JUNE 30, 2014

| | |
|---|---:|
| Fees for Professional Services | $1,755.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$1,755.00** |
| **MONIES HELD IN TRUST** | **$0.00** |

Please remit payment to LeClairRyan, P.O. Box 2499, Richmond, VA 23218-2499  
Or  
For Wire/ACH/Electronic Payments:

Wells Fargo Bank N.A.  
420 Montgomery Street  
San Francisco, CA 94104  
Please Reference Invoice or Matter Number(s).

ABA Routing #121000248  
ACH ABA Routing # 051400549  
LeClairRyan Operating Account # 2055303688350  
Swift Code: WFBIUS6S



# LECLAIRRYAN

A Virginia Professional Corporation
P.O. Box 2499
Richmond, Virginia 23218-2499

EIN NO: 41-2252451

Jolie Piniella
New York University School of Medicine
Office of Industrial Liaison
One Park Avenue, 6th Floor
New York, NY 10016-5802

August 13, 2014
File Number: 29527.0010
Invoice No: 597833

Matter: Remand Proceeding

### CURRENT BILLING THROUGH JULY 31, 2014

| | |
|---|---:|
| Fees for Professional Services | $630.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$630.00** |
| | |
| **MONIES HELD IN TRUST** | **$0.00** |

THIS INVOICE IS PAYABLE UPON RECEIPT.

THE FIRM'S HOURLY RATES ARE REVIEWED ANNUALLY AND MAY
CHANGE EFFECTIVE JANUARY 1ST UNLESS OTHERWISE AGREED

FOR ALL BILLING INQUIRIES
PLEASE CONTACT THE ACCOUNTS RECEIVABLE DEPARTMENT – 1.888.783.2003
Client.billing@leclairryan.com

## PROFESSIONAL SERVICES

| Date | Description | Init | Hours |
|---|---|---|---|
| 07/07/14 | Conference with Paul Hastings regarding motion to resolve Sandoz case. | APZ | 0.20 |
| 07/08/14 | Revise dismissal stipulation in Sandoz case. | APZ | 0.30 |
| 07/11/14 | Revise motion to dismiss Sandoz case. | APZ | 0.30 |
| 07/25/14 | Memos regarding stipulation to resolve Sandoz case. | APZ | 0.20 |
| 07/27/14 | Review Sandoz stipulation and memo to Paul Hastings regarding same. | APZ | 0.40 |
| | **Total Services:** | | **$630.00** |

## SERVICES RECAP

| INIT | NAME | TITLE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| APZ | Andrew P. Zappia | Shareholder | $450.00 | 1.40 | $630.00 |



# LECLAIRRYAN

A Virginia Professional Corporation
P.O. Box 2499
Richmond, Virginia 23218-2499

EIN NO: 41-2252451

Jolie Piniella
New York University School of Medicine
Office of Industrial Liaison
One Park Avenue, 6th Floor
New York, NY 10016-5802

August 13, 2014
File Number: 29527.0010
Invoice No: 597833

Matter: Remand Proceeding

### CURRENT BILLING THROUGH JULY 31, 2014

| | |
|---|---:|
| Fees for Professional Services | $630.00 |
| Expenses and Advances | $0.00 |
| Costs Incurred not Advanced | $0.00 |
| Less Payments Applied | $0.00 |
| **CURRENT BILL** | **$630.00** |
| **MONIES HELD IN TRUST** | **$0.00** |

Please remit payment to LeClairRyan, P.O. Box 2499, Richmond , VA 23218-2499
Or
For Wire/ACH/Electronic Payments:

Wells Fargo Bank N.A.
420 Montgomery Street
San Francisco, CA 94104
Please Reference Invoice or Matter Number(s).

ABA Routing #121000248
ACH ABA Routing # 051400549
LeClairRyan Operating Account # 2055303688350
Swift Code: WFBIUS6S